ACCEPTED
01-15-00046-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/13/2015 8:24:34 AM
CHRISTOPHER PRINE
CLERK

COURT OF APPEALS CASE NO: 01-15-00046-CR
TRIAL COURT CASE NO: 22749

| | | |
|---|---|---|
| **MARSHALL SHANE LOVELL** | § | IN THE COURT OF APPEALS |
| **Appellant** | § | |
| | § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| **V.** | § | **STATE OF TEXAS** |
| | § | 5/13/2015 8:24:34 AM<br>CHRISTOPHER A. PRINE<br>Clerk |
| **THE STATE OF TEXAS** | § | |
| **Appellee** | § | **FIRST JUDICIAL DISTRICT** |

## SECOND MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES**, MARSHALL SHANE LOVELL, Appellant in the above styled and numbered causes, and pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, moves this Honorable Court to grant an extension of time to file appellant's brief, and for good cause shows the following:

I.

1.      This case is on appeal from the 411TH Judicial District Court of Polk County, Texas.

2.      The case was styled THE STATE OF TEXAS vs. MARSHALL SHANE LOVELL and numbered 22749 in trial court.

3.      In cause number 22749, Appellant plead guilty for the felony offense of Possession with Intent to Deliver Controlled Substance. Appellant was punished by the District Judge at fifty (50) years confinement in the Institutional Division of the Texas Department of Criminal Justice.

4.      Notice of appeal was properly and timely given.

5.      The clerk's record has been duly filed as well as the reporter's record.

6.      The appellate brief is presently due to be filed on May 13, 2015.

1

7. Appellant requests an extension of time of 30 days from May 13, 2015, thereby making the appellant's brief to be filed on or before June 12, 2015.

8. This is the Appellant's first request for an extension to file his brief in this cause.

9. Defendant is incarcerated in the Institutional Division of the Texas Department of Criminal Justice.

10. Appellant relies on the following facts as good cause for the requested extension:

Counsel for the Appellant is a sole practitioner and has a very active civil and criminal trial practice. Counsel has been involved in trial preparations for the following felony cases:

- *The State of Texas vs. Russell Lee Ketchum*; In the 410th District Court; Cause No. 15-01-00191-CR; Capital Murder

- *The State of Texas vs. Kappy Joe Earl, Jr.*; In the 359th District Court; Cause No. 14-06-07186-CR; Murder

- *The State of Texas vs. Sean Michael Jarvis*; In the 9th District Court; Cause No. 14-01-00048-CR / 15-01-00856-CR; DWI, 3+

- *The State of Texas vs. Dedrick Narcisse*; In the 359th District Court; Cause No. 14-06-06335-CR; Aggravated Robbery (x2) and Evading

- *The State of Texas vs. John Cook*; In the 9th District Court; Cause No. 14-11-12003-CR; Aggravated Assault SBI/FV

- *The State of Texas vs. Alfred Yangos*; In the 9th District Court; Cause No. 14-05-05260-CR; DWI, 3+

Counsel has been preparing for numerous hearings in different cause numbers as well, and needs more time in order to complete the brief now due.

II.

This extension is not sought for the purpose of delaying this appeal, but so that justice

may be done. Additional time is needed and is requested in order to make a complete and thorough review of the record, review the many case, statutes, rules and "other" citations and for counsel to prepare the Appellant's brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Honorable Court grant this First Motion for Extension Time to File Appellant's Brief, and for such other and further relief, as the Court may deem appropriate.

Respectfully submitted,

MIKE ADUDDELL
Attorney at Law
SBN: 00930500
220 N. Thompson, Suite 101
Conroe, Texas 77301
Tel: (936) 539-4113
Fax: (936) 539-4118

Court Appointed Attorney for Appellant,
MARSHALL SHANE LOVELL

## CERTIFICATE OF SERVICE

This is to certify that on May 13, 2015, a true and correct copy of the Second Motion for Extension Time to File Appellant's Brief was served on the District Attorney's Office, Polk County, Texas by first class mail.

Mike Aduddell

**STATE OF TEXAS**                §
                                                     §

**COUNTY OF MONTGOMERY**      §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Mike Aduddell, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Second Motion for Extension of Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Mike Aduddell
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on May 13 , 2015, to certify which witness my hand and seal of office.

ASHTON LEIGH BLACK
Notary Public, State of Texas
My Commission Expires
December 10, 2016

_____
Notary Public, State of Texas

4